**No. 67768.**—Industrial Chemical & Dye Co. *v.* United States, protest 59/19146 (New York).

Opinion by WILSON, J.   The protest was dismissed.  *Champion Coated Paper Co.* v. *United States* (24 CCPA 83, T.D. 48411), followed.

**No. 67769.**—U.S. Blanket Corp. et al. *v.* United States, protests 62/8730, etc. (New York).

Opinion by WILSON, J.   The protests were dismissed, except as to the merchandise covered by entries 988656, 978146, and 961286.  *Champion Coated Paper Co.* v. *United States* (24 CCPA 83, T.D. 48411), followed.

BEFORE THE THIRD DIVISION, MAY 27, 1963

**No. 67770.**—New York Merchandise Co., Inc. v. United States, protest 62/699 (San Diego).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of decorated compotes, bowls, etc., the same as those the subject of Abstracts 60938 and 63262, the claim of the plaintiff was sustained.